# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

**United States of America**

v.

**Nastaran Emami Mehr**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**No. 25-01301MJ-001-PHX-JFM**

Travis O Neal (FPD)
Attorney for Defendant

YOB: 2000          ICE# A221181010

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/3/2025 to Count 1 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry, a Class B Misdemeanor offense, as charged in Count 1 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED** on Count 1.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED    **FINE:** NONE    **RESTITUTION:** NONE

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence:  **Monday, March 03, 2025**

Dated this 3rd day of March, 2025.

Honorable James F. Metcalf
United States Magistrate Judge

25-01301MJ-001-PHX-JFM                                                    Page 2 of 2
USA vs. Nastaran Emami-Mehr

**RETURN**

I have executed this Judgment as follows:

defendant delivered on _____ to _____ at _____ , the institution

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                           By:        Deputy Marshal

25-01301MJ-001-PHX-JFM- Emami-Mehr  3/3/2025 - 11:26 AM